In the Matter of Proving the Last Will and Testament, etc., of PATRICK HART,, Deceased. JOSEPH G. HART, Appellant, v. JAMES F. HART and RAPHAEL A. EGAN, as Executors, etc., Respondents.— Motion withdrawn. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of THERESA LESHIN for the Appointment of a Referee to Assess Damages by Reason of an Injunction Granted to the Respondents, MORRIS SCHNEIDER and PAULINE B. SCHNEIDER.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, November 16, 1928 (for which day the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Application of SADIE ZEITLEN, ANNA ROTHBLUM, NATHAN HIMOWICH and SIGSBIE GUTTER for Permission to Resign as Executors and Trustees of the Estate of PHILIP ZEITLEN, Deceased, Late of Freeport, Nassau County, and the Judicial Settlement of Their Accounts as Such Executors and Trustees, and for the Appointment of the Substituted Trustee Their Successor.— Motion to compel acceptance of amended notice of appeal granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MORRIS ISER, Respondent, v. MEYER HURWITZ, Appellant, and Others, Defendants.— Motion for reargument of motion granted. Upon reargument, order granting motion for stay modified so as to provide that the same is granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JACOB JACOBS, Appellant, v. HENRY E. JACOBS, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

SIMON KLEIN, Appellant, v. " SAMUEL " THALL, etc., and HYMAN WISOTSKY, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JEANNE KOROWITZ, Appellant, v. IRVING KOROWITZ, Respondent.—Motion for payment of alimony denied. Present — Lazansky, P. J., Young, Hagarty and Scudder, JJ.; Carswell, J., taking no part.

MICHAEL LAITMAN, Respondent, v. REBECCA FINER and MURRAY E. LEWIN, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.